UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

---

RICHARD C. WATSON,

        Plaintiff,              Case No. 1:06cv446

v.                                    Hon. Robert J. Jonker

COMMISSIONER OF SOCIAL
SECURITY,

        Defendant.
_____/

## ORDER AND JUDGMENT
## APPROVING REPORT AND RECOMMENDATION

The court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action. The Report and Recommendation was duly served on the parties on August 21, 2007. No objections have been filed pursuant to 28 U.S.C. § 636(b)(1)(C). Therefore,

**IT IS ORDERED** that the Report and Recommendation of the Magistrate Judge, filed August 21, 2007, is approved and adopted as the opinion of the court.

**IT IS FURTHER ORDERED** that defendant's motion to dismiss is **GRANTED** and the complaint is **DISMISSED** as untimely.

                                            /s/Robert J. Jonker
                                            Robert J. Jonker
                                        United States District Judge

Dated: September 10, 2007